UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

OMARION DIXON,

        Plaintiff,                   Case No. 1:25-cv-487

v.                                          Honorable Ray Kent

KENT, COUNTY OF et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 4, 2025                     /s/ Ray Kent
                                                    Ray Kent
                                                    United States Magistrate Judge